UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


LEONARD HOWZE, JR. and DIONNE    :    **CIVIL NO. 1:09-CV-1327**
L. STREET, as parents and        :
natural guardians of LDH, their  :    (Judge Conner)
son, a minor,                    :
                                 :    (Magistrate Judge Smyser)
          Plaintiffs             :
                                 :
     v.                          :
                                 :
MARC DAVID MOULE, Individually   :
and in his official capacity     :
as an employee and agent of the  :
City of Harrisburg, CHARLES      :
KELLER, Individually and in his  :
capacity as an employee and      :
agent of the City of Harrisburg, :
STEPHEN R. REED, Individually    :
and in his official capacity as  :
an employee and agent of the     :
City of Harrisburg, and CITY     :
OF HARRISBURG,                   :
                                 :
          Defendants             :


## REPORT AND RECOMMENDATION


Given that the plaintiff concurs in the dismissal of

the state law claims against defendants City of Harrisburg,

Reed and Keller and the negligence claim against defendant

Moule, *see doc. 33*, it is recommended that the defendants'

partial motions (docs. 25 & 27) to dismiss be granted and that

Counts 6-10, 12-14, 17-19 and those parts of Counts 15 and 20

against defendants City of Harrisburg, Reed and Keller be

dismissed.  It is further recommended that the case be remanded

to the undersigned for further proceedings.


                                        **_/s/ J. Andrew Smyser_**
                                        J. Andrew Smyser
                                        Magistrate Judge


Dated:  January 12, 2010.